IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL UNION NO. 22, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> MUSTANG ELECTRIC, INC., Darrell Coleman, Registered Agent <br><br> Defendant. | 8:18CV439 <br><br> ORDER |

This case was filed by Plaintiffs on September 20, 2018. ([Filing No. 1](#)). An Order granting Plaintiffs' motion for Clerk's Entry of Default was issued October 19, 2018, and a copy of the order was mailed to Defendant's address of record on the same date. ([Filing No. 7](#)). Since that date, Plaintiffs have taken no action to further progress this case. Accordingly,

**IT IS ORDERED** that Plaintiffs are given until **February 25, 2019**, to show cause why their claims should not be dismissed for want of prosecution, in the absence of which Plaintiffs' claims against Defendant may be dismissed, and a judgment of dismissal may be entered without further notice.

Dated this 11th day of February, 2019.

BY THE COURT:

s./Michael D. Nelson
United States Magistrate Judge