IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL UNION NO. 22, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MUSTANG ELECTRIC, INC., <br><br> Defendant. | **8:18CV439** <br><br> **ORDER** |

This matter is before the Court on the plaintiffs' Motion for Release of Funds (Filing No. 41) from garnishee Bank of the West. In response to the plaintiffs' interrogatories, Bank of the West confirmed it has $10,005.22 of funds belonging to defendant Mustang Electric, Inc. in its possession. For good cause shown, the Court finds the motion for release of funds should be granted. Accordingly,

IT IS ORDERED:

1. Bank of the West is ordered to set aside $10,005.22 on behalf of the plaintiffs and, within twenty days, deliver said funds to the Court to partially satisfy the defendant's adjudged indebtedness.

2. The Clerk of Court is directed to send payment of those funds to the plaintiffs by check or money order, payable to "IBEW Local Union No. 22/NECA Fringe Benefit Fund," at the office of the plaintiffs' counsel, Blake & Uhlig, P.A., at 753 State Avenue, Suite 475, Kansas City, Kansas 66101, to the attention of Frederick Zarate.

Dated this 28th day of July 2021.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge