IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL UNION NO. 22, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MUSTANG ELECTRIC, INC., <br><br> Defendant. | 8:18CV439 <br><br> **ORDER** |

This matter is before the Court on the plaintiffs' Motion for Release of Funds (Filing No. 83) from garnishee Elkhorn West Construction, Inc ("Elkhorn West"). In response to the plaintiffs' interrogatories, Elkhorn West stated "Mustang Electric is owed or balance due on contracts in the amount of $10,039.75," but Elkhorn West has not yet received those funds. Elkhorn West also stated it is "not sure when we will receive payment." When Elkhorn West receives those funds, the Court orders it to disburse those funds in accordance with this Order. Accordingly, the Court finds the motion for release of funds should be granted. Accordingly,

IT IS ORDERED:
1. Upon receiving the funds it owes to defendant Mustang Electric, Inc., Elkhorn West Construction, Inc. is ordered to set aside $10,039.75 on behalf of the plaintiffs and, within twenty days of its receipt, deliver said funds to the Clerk of Court to partially satisfy the defendant's adjudged indebtedness.
2. Upon receipt, the Clerk of Court is directed to send payment of those funds to the plaintiffs by check or money order, payable to "IBEW Local Union No. 22/NECA Fringe Benefit Fund," at the office of the plaintiffs' counsel, Blake & Uhlig, P.A., at 753 State Avenue, Suite 475, Kansas City, Kansas 66101, to the attention of Frederick Zarate.

Dated this 9th day of May 2022.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge

2